United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALVIN SMITH,

    Plaintiff,

  v.

WELTMAN WEINBERG & REIS CO.,
and DOES 1–10, inclusive,

    Defendants.
                               /

No. C 13-00873 WHA

**ORDER DENYING MOTION
TO APPEAR BY TELEPHONE**

The Court **DENIES** plaintiff's request to appear at the case management conference by telephone because the courtroom equipment do not make it feasible to conduct hearings via same. All parties shall personally appear at the case management conference on May 30 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: May 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE