IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALVIN SMITH,

    Plaintiff,

  v.

WELTMAN WEINBERG & REIS CO.,

    Defendant.

No. C 13-00873 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks the parties of their notice of settlement in the captioned matter but cautions that *all* deadlines remain active and in place until a dismissal is filed. For the convenience of the Court, the dismissal should be filed by **JUNE 27 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE