IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN SMITH, | No. C 13-00873 WHA |
| Plaintiff, | |
| v. | **ORDER RE NOTICE OF SETTLEMENT** |
| WELTMAN WEINBERG & REIS CO., | |
| Defendant. | |

The Court acknowledges and thanks the parties of their notice of settlement in the captioned matter but cautions that *all* deadlines remain active and in place until a dismissal is filed. For the convenience of the Court, the dismissal should be filed by **JUNE 27 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE